

# Fourth Court of Appeals
## San Antonio, Texas

August 12, 2020

No. 04-20-00263-CV

**IN RE** Wendy **LANGFORD** and William G. Keiler

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Sandee Bryan Marion, Chief Justice
               Rebeca C. Martinez, Justice
               Liza A. Rodriguez, Justice

On May 19, 2020, relators filed a petition for writ of mandamus. The real parties in interest later filed a response. On August 12, 2020, this court conditionally granted the petition for writ of mandamus in part, and ordered the Honorable Michael Mery to vacate his order allowing the real parties in interest to intervene and ordered the Honorable Richard Garcia to vacate his April 23, 2020 "Order of Referral to Mediation." Our August 12, 2020, opinion and order stated the writ would issue only in the event we were informed respondents failed to comply. On August 20, 2020, Judge Garcia vacated his April 23, 2020 Order of Referral to Mediation and Judge Mery vacated "the part of the Court's ruling on April 2, 2020, which granted the [real parties in interest's] petition to intervene solely for purposes of placement . . .."

On September 21, 2020, relators filed (1) an Emergency Motion for Temporary Relief and Motion to Stay Order, (2) a Request for Writ to Issue, and (3) a supplemental mandamus record. In their motion for emergency stay, relators asked this court to stay Judge Mery's oral September 18, 2020 rulings setting a hearing on the real parties in interest's Motion to Set Aside Agreed Temporary Orders, vacating the Agreed Temporary Orders, and ordering the "parties" to seek an immediate setting on the real parties in interest's motion in another court. In both their emergency motion to stay and request to issue writ, relators allege Judge Mery abused his discretion by allowing the real parties in interest to intervene in violation of this court's August 12, 2020 opinion and order.

Although relators had requested, but not yet filed, the transcript from the September 18, 2020 hearing, on September 23, 2020, we granted the Emergency Motion for Temporary Relief and Motion to Stay Order and stayed Judge Mery's oral September 18, 2020 rulings setting a

---

[1] This proceeding arises out of Cause No. 2018-PA-01006, styled *In the Interest of J.M.O., a Child*, pending in the 57th Judicial District Court, Bexar County, Texas. The Honorable Michael Mery issued the complained-of order.

hearing on the real parties in interest's Motion to Set Aside Agreed Temporary Orders, vacating the Agreed Temporary Orders, and ordering the "parties" to seek an immediate setting on the real parties in interest's motion in another court pending further order of this court. Our order also directed relators to file the reporter's record from the September 18, 2020 hearing.

Relators filed the record and Judge Mery filed an interim response to relators' request to issue the writ.

After considering relators' arguments, Judge Mery's interim response, and the record, we DENY relators' Request for Writ to Issue. Our September 23, 2020 stay of Judge Mery's oral September 18, 2020 rulings setting a hearing on the real parties in interest's Motion to Set Aside Agreed Temporary Orders, vacating the Agreed Temporary Orders, and ordering the "parties" to seek an immediate setting on the real parties in interest's motion in another court is LIFTED.

It is so **ORDERED** on October 16, 2020.

**PER CURIAM**

ATTESTED TO:_____
MICHAEL A. CRUZ,
CLERK OF COURT